# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Laborers' Pension Fund, et al.
                    Plaintiff,

v.                                              Case No.: 1:11−cv−06937
                                                Honorable Elaine E. Bucklo

Lonnie Dantzler, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 22, 2011:

MINUTE entry before Honorable Elaine E. Bucklo:Defendants' motion to vacate default judgment and for leave to file responsive pleading heard on 12/22/11 and the motion is granted. Accordingly, prove−up hearing set for 1/20/12 is now vacated. Responsive pleading shall be filed by 1/16/12. Status hearing set for 1/13/2012 at 10:00 AM.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.