IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LABORERS' PENSION FUND and ) | | |
| LABORERS' WELFARE FUND OF THE ) | | |
| HEALTH AND WELFARE DEPARTMENT ) | | |
| OF THE CONSTRUCTION AND GENERAL ) | | |
| LABORERS' DISTRICT COUNCIL OF ) | | |
| CHICAGO AND VICINITY, and JAMES S. ) | | |
| JORGENSEN, Administrator of the Funds, ) | | |
| ) | | |
| Plaintiffs, ) | Case No. 11-cv-6937 | |
| v. ) | | |
| ) | Judge THARP | |
| LONNIE DANTZLER, individually and d/b/a ) | | |
| D and B CONSTRUCTION, and DONNA BALL,) | | |
| individually and d/b/a D and B ) | | |
| CONSTRUCTION, and DEE AND BEE ) | | |
| CONSTRUCTION, INC. an Illinois corporation, ) | | |
| ) | | |
| Defendants. ) | | |

**NOTICE OF FILING**

TO: William E. Jamison, Jr. & Associates
815 W. Van Buren St., Suite 321
Chicago, IL 60607

PLEASE TAKE NOTICE that on this 16th day of July 2012 the undersigned filed with the Clerk of Court the attached Settlement Agreement and Stipulation to Dismiss, a copy of which was previously served upon you.

July 17, 2012                             **LABORERS' PENSION FUND ET AL.**

                                          By:    /s/ Jerrod Olszewski

Office of Fund Counsel
53 W. Jackson Blvd., Suite 550
Chicago, Illinois 60604
(312) 692-1540

**PROOF OF SERVICE BY ELECTRONIC FILING**

The undersigned certifies that on this 16th day of July 2012 he served this notice to the above addressee via the Court's electronic filing system.

                                                  /s/ Jerrod Olszewski